

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 1, 2021

Ventura Superior Court
800 South Victoria Avenue
Ventura, California 93009

Re: Case Number:      2:21–cv–03932–VAP–KS
    Previously Superior Court Case No.      56–2020–00546291–CL–UD–VTA
    Case Name:      Sunny Acre, LLC v. Gonzalez et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on      5/27/2021     , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Yvette Louis*
Deputy Clerk
yvette_louis@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____            By: _____
Date                                            Deputy Clerk

CV–103 (05/18)     LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)